

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Clifford B. Jones, President
Texas Technological College
Lubbock, Texas

Dear Sir:

Opinion No. 0-3949
Re: Payment by Texas Technological
College of professor for one
year's services not rendered

Your letter of September 10, 1941, states that one of your professors was advised several months ago that his contract would not be renewed beyond the term of the summer school employment; that no renewal of his contract has been had nor is a renewal contemplated; that he has no contract for a further period; that he, being a member of the American Association of University Professors, placed his case before that organization, and said association is insisting that as a "terminal adjustment" Texas Technological College should offer the professor one year's salary "in lieu of his continuance."

You state in your opinion that this would be violative of the laws of Texas, and seek our opinion with reference thereto.

You are correct in your statement that this proceeding would be in violation of the laws of this State. Any such payment to the professor would be a pure gratuity, prohibited by Article III, Section 51, of the Constitution of this state, which reads in part as follows:

"The Legislature shall have no power to make any grants or authorize the making of any grants of public moneys to any individual, association of individuals, municipal or other corporations whatsoever; . . ."

Since Texas Technological College is but an instrumentality or agency of the State, deriving such powers as it

possesses as such by delegation from the Legislature, and since the moneys provided for its operation are public moneys, it is obvious that Texas Technological College can possess no power or authority which the Legislature, under the Constitution, is prohibited from granting to it.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

R.W. Fairchild
Assistant

APPROVED SEP 16, 1941

FIRST ASSISTANT
ATTORNEY GENERAL

RWF:db



APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN